Zuazo, Petitioner and Respondent, and Molina et al., Contestants and Appellants.

Appeal from the District Court of Arecibo in Dominion Title Proceedings.

Motion of the Respondent to Reconsider the *Per Curiam* Decision of this court of April 29, 1914, overruling a motion to dismiss the appeal.

No. ——.—Decided May 22, 1914.

Dismissal of Appeal—Reconsideration—New Facts Alleged in Motion to Reconsider.—When a motion to dismiss an appeal has been overruled a motion to reconsider the said ruling alleging new facts which were not set up in the former motion will be overruled.

The facts are stated in the decision.
*Mr. Valentín Polanco de Jesús* for the respondent.

DECISION.

Whereas, the respondent filed a motion accompanied by a certificate of the secretary of the District Court of Arecibo for the dismissal of this appeal on the grounds that the notice of appeal did not show that it had been served on the adverse party and that a draft of a statement of the case had not been presented to the lower court;

Whereas, said motion was overruled by a decision of this court rendered on April 29 last on the grounds that it had not been shown satisfactorily whether or not the respondent was served with the notice of appeal and that the failure to present a draft of a statement of the case is not alone sufficient to justify a dismissal of the appeal;

Whereas, the respondent has moved for a reconsideration of the former decision, exhibiting a new and more explicit certificate of the secretary of the District Court of Arecibo in order to justify the failure to serve the notice of appeal

and alleging also as a third ground for the dismissal of the appeal the failure to file the transcript of the record in this court within the time fixed by law;

WHEREAS, a motion to reconsider must be argued and decided upon the grounds alleged and proved at the time the decision whose reconsideration is applied for was rendered and it is not permitted to change the matters at issue before the court by means of new allegations and proof, as is attempted in the present case;

WHEREAS, the decision of April 29 last is adjusted to the allegations and proofs shown by the record on the date on which it was rendered;

THEREFORE, in view of the decision rendered in the case of *Oronoz Rodón* v. *Susano Montalvo et al.* on April 28 last, the motion to reconsider is overruled without prejudice to the right of the respondent to file a new motion to dismiss the appeal after service thereof on the adverse party.

Decided by the court and signed by the Chief Justice.

*Motion overruled.*

Chief Justice Hernández and Justices Wolf, del Toro and Aldrey concurred.

Mr. Justice Hutchison took no part in the decision of this motion.